IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL Y. BARR | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al. | : | NO. 08-316 |

**O R D E R**

**AND NOW**, this  30th  day of May, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the response thereto, a review of the Report and Recommendation of Magistrate Judge Lynne A. Sitarski, dated May 7, 2008, and Petitioner's Objections thereto, it is hereby **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **DENIED.**

2. The Report and Recommendation is **APPROVED and ADOPTED**.

3. The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE.**

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE